UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ROBERT TERWILLIGER and EDWIN RODRIGUEZ, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No.: 2:23-CV-74-KAC-CRW |
| INTELLIHARTX, LLC and FORTRA, LLC, | ) ) ) |
| Defendants. | ) |

### ORDER DISMISSING FORTRA, LLC

Plaintiffs filed a purported "Notice of Voluntary Dismissal" of Defendant Fortra, LLC on July 21, 2023 [Doc. 14]. In that Notice, Plaintiffs stated that the "action is voluntarily dismissed without prejudice as against Defendant Fortra, LLC, only, and no other defendant" [*Id.*]. Plaintiffs relied on Federal Rule of Civil Procedure 41(a)(1)(A)(i) to support their Notice [*Id.*]. On July 25 the Court entered an Order identifying that "Rule 21 is the proper mechanism to drop Fortra, LLC from this action" and placing the Parties on notice that the Court "construes Plaintiffs' filing [Doc. 14] as a motion under Rule 21" [Doc. 18 at 2 (citations omitted)]. Thereafter, the Court (1) gave the Defendants time to respond to Plaintiffs' request, as construed, and (2) indicated that "[f]ailure to respond will be deemed a waiver of any opposition to the relief sought" by Plaintiffs [*Id.* (citing E.D. Tenn. L.R. 7.2)]. The time to respond has run, and no Defendant has responded.

Under Rule 21 and Local Rule 7.2, the Court drops Defendant Forta, LLC from this action without prejudice. Rule 21 provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. When assessing a Rule 21 motion, the Court considers whether the dismissal would cause undue prejudice to a nonmoving party. *See*

*EQT Gathering, LLC v. A Tract of Prop. Situated in Knott Cnty.*, No. 12-58, 2012 WL 3644968, at *3 (E.D. Ky. Aug. 24, 2012).  Under Rule 21, no party would be prejudiced by dropping Fortra from this action without prejudice, as evidenced by Plaintiffs' request and Defendants failure to file any response to Plaintiff's request within the time allotted [*See* Docs. 14, 18 at 2].  And the terms for dropping Fortra are just.  *See* Fed. R. Civ. P. 21.  Further, under Local Rule 7.2 Defendants have waived any opposition to dropping Forta [*See* Doc. 18 at 2].  *See also* E.D. Tenn. L.R. 7.2.  Accordingly, the Court (1) **GRANTS** Plaintiffs' request [Doc. 14], as construed under Rule 21; (2) **DISMISSES** Plaintiffs' claims against Defendant Fortra, LLC **without prejudice**; and (3) **DROPS** Defendant Fortra, LLC from this action.

    IT IS SO ORDERED.

                                      s/ Katherine A. Crytzer
                                      KATHERINE A. CRYTZER
                                      United States District Judge